# In the United States Court of Federal Claims

No. 06-919L
(Filed: January 22, 2007)

*************************************
**Wyandot Nation of Kansas**, *
Plaintiff, *
v. *
**THE UNITED STATES**, *
Defendant. *
*************************************

## ORDER OF REASSIGNMENT

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims, for the efficient administration of justice, the Clerk of the Court is hereby directed to reassign this case to Judge Marian B. Horn as the ADR Pilot Program Judge.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge