# In the United States Court of Federal Claims

**No. 06-919 L**

**WYANDOT NATION OF KANSAS**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**
**ADR JUDGE MARIAN BLANK HORN**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk