# In the United States Court of Federal Claims

Case No. 06-919L
(Filed: January 3, 2008)

*****************************************************
WYANDOT NATION OF KANSAS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

This matter is before the Court on the parties' joint motion for extension of temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The Parties' joint motion is hereby **GRANTED. However, instead of the deadline of July 3, 2008, this case is Stayed until further notice**;

2. The obligation for Defendants to file their Answer or otherwise respond to the Complaint until after the termination of the temporary stay, among other things, shall be deferred until after the termination of the temporary stay of litigation;

3. The parties shall **file a joint status report no later than July 3, 2008, and every 90 days thereafter,** informing the Court of the status of their efforts to resolve the issues and claims of this case, and making a proposal—by motion, if appropriate—to the Court about whether and how to proceed with this case.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge